March 22, 1973.

M. P. No. 73-55. JANE ANNE DRESSER *et al. v.* A. T. & G., INC. *et al.* Petition for writ of certiorari is granted. *Lavine & Sutherland, Paul P. Baillargeon,* for petitioner. *Macktaz, Keefer and Kirby, Paul A. Fontaine,* for respondent.

M. P. No. 73-78. MANUEL R. NUNES, JR. *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to the motion to vacate sentence and therein to *show cause,* if any he has, why the motion should not be granted as prayed. *Manuel R. Nunes, Jr.,* petitioner, pro se.

M. P. No. 73-88. GERALD CARVER *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to the petition for habeas corpus and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer to comply with the provisions of Rule 14. *Richard A. Boren,* Supervising Attorney, Inmate Legal Assistance.

M. P. No. 1692. *In re* BERTRAM H. BUXTON, JR. Petitioner's motion that his petition for certiorari be dismissed without prejudice is denied. *Tillinghast, Collins & Graham, Edwin H. Hastings, Gunning, LaFazia, Gnys & Selya, Bruce M. Selya, Guy J. Wells,* for petitioner. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for State.

M. P. No. 1982. JOSEPH E. AUGE *v.* ARTHUR ANDERSON *et al., Members of the Town Council of the Town of Coventry, et al.* Appellant's motion to assign granted, and matter is assigned to May calendar for 1973. *Richard E. Del Sesto,* for appellant. *Frank J. Williams,* Town Solicitor, for appellees.

Ex. No. 1518. STATE *v.* JOHN CARILLO. Defendant's motion to be allowed to argue orally on the matter of the grand jury testimony and the supplemental brief is denied. *Richard J. Israel,* Attorney General, *Philip Weinstein,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.